# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

| | 20 VESEY STREET SUITE 1210<br>NEW YORK NEW YORK 10007 | NEW JERSEY OFFICE: |
|---|---|---|
| **Robert Blossner**<br>**Vik Pawar** | TEL (212) 571 0805<br>FAX (212) 571 0938<br>www.pawarlaw.nyc | 6 SOUTH STREET, SUITE 201<br>MORRISTOWN, NEW JERSEY |

September 13, 2017

**BY ECF:**

The Honorable Paul G. Gardephe
United States District Judge

Re:     *Diallo v. The City of New York, et al.,* 17 CV 4239 (PGG)

Dear Judge Gardephe:

    I represent the plaintiff in this action. After defense counsel informed me that defendant City was going to file a Rule 12(b)(6) motion to dismiss, in an effort to advance this action, defense counsel and I agreed that plaintiff would discontinue his action against defendant City. To further streamline the action, I also voluntarily dismissed plaintiff's 42 U.S.C. 1981 claims against the individual defendants. However, plaintiff **still has 42 U.S.C. 1983** claims against the individual defendants.

    Therefore, I respectfully request that the Court amend it's September 13, 2017 Order (Docket Entry #12) and direct the Clerk of the Court to **not** close this case.

    Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:     Ms. Alison S. Mitchell, Esq.
        Defense Counsel